UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

      Plaintiff,                           Case No. 1:13-cv-843

v.                                             HON. JANET T. NEFF

BRONSON HEALTH CARE
GROUP, INC., et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed by a *pro se* litigant. Plaintiff filed a Motion for Partial Summary Judgment (Dkt 17), and Defendants filed a Motion to Seal and for Sanctions (Dkt 23). These matters were referred to the Magistrate Judge, who issued a Report and Recommendation on February 27, 2014, recommending that this Court deny Plaintiff's motion and grant Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 39) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Dkt 17) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal and for Sanctions (Dkt 23) is GRANTED for the reasons stated in the Report and Recommendation. Exhibit A to Plaintiff's motion for partial summary judgment (Dkt 17-2) shall be STRICKEN and REMOVED from the docket.

**IT IS FURTHER ORDERED** that Plaintiff shall pay to Defendants, no later than thirty (30) days from the date of this Order, two-hundred fifty dollars ($250.00) as sanction for seeking summary judgment based upon evidence submitted in bad faith. Plaintiff is put on notice that failure to timely pay this amount may result in dismissal of this action for failure to comply with the Court's orders.


Dated: March 27, 2014 /s/Janet T. Neff
JANET T. NEFF
United States District Judge